DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HENRI GUERIN,**
Appellant,

v.

**ISAAC GILMORE,**
Appellee.

No. 4D21-265

[March 31, 2021]

Appeal from the County Court, Broward County, Seventeenth Judicial Circuit; Giuseppina Miranda, Judge; L.T. Case Nos. CACE 20-2571 and COCE 19-21109.

Henri Guerin, Hollywood, pro se.

Isaac Gilmore, Hollywood, pro se.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979).

WARNER, GROSS and ARTAU, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***